# United States Court of Appeals
# for the Fifth Circuit

―――――――――

No. 24-10780
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**

June 5, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ARTURO CABALLERO-RENTERIA,

*Defendant—Appellant*.

―――――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-244-1

―――――――――――――――――――――――

Before GRAVES, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Arturo Caballero-Renteria has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Caballero-Renteria has filed responses. The record is not sufficiently developed to allow us to make a fair evaluation of Caballero-

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-10780

Renteria's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014). Caballero-Renteria's requests for appointment of substitute counsel are DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Caballero-Renteria's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.